UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GLOBAL MERCHANT CASH, INC. d/b/a WALL
STREET FUNDING,

                Plaintiff,                         Case No. 1:23-cv-06683-DG-PK

      v.                                   **STIPULATION AND**
                                                  **[PROPOSED] ORDER**
ALTERNATIVE ENERGY SOUTHEAST, INC.
D/B/A ALTERNATIVE ENERGY SOUTHEAST and
CASEY MONTANA BUSCH,

                Defendants.
-------------------------------------------------------------------X

## STIPULATION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)

WHEREAS, on July 27, 2023, plaintiff Global Merchant Cash Inc. d/b/a Wall Street Funding ("Plaintiff"), which is a citizen of the State of New York, commenced this action in the Supreme Court of the State of New York, County of Kings, styled *Global Merchant Cash Inc. d/b/a Wall Street Funding v. Alternative Energy Southeast, Inc. d/b/a Alternative Energy Southeast and Casey Montana Busch*, Index No. 521645/2023 (the "State Court Action") by filing a Summons with Notice, which asserted:

> The nature of this action is for breach of contract and guaranty therefor, where the Defendants sold and/or guaranteed the payment of future receivables to Plaintiff(s) and have defaulted their obligations under the terms of the Merchant Agreement dated 6/14/2023

Dkt. No. 1-1.

WHEREAS, on September 7, 2023, Defendants Alternative Energy Southeast, Inc. ("AES") and Casey Montana Busch ("Busch"; and together, "Defendants"), both of whom are citizens of the State of Georgia with Busch having an address in Gwinnett County, filed a Notice of Removal of the State Court Action to this Court, in which Defendants alleged, "Defendants

1

are victims of a fraud perpetrated by a presently unknown third-party" and "Defendants never signed any 'Merchant Agreement' or guaranty therefor …" Dkt. No. 1 ¶ 3.

WHEREAS, on September 15, 2023, Plaintiff filed its Complaint asserting claims for breach of the Merchant Agreement, enforcement of the guaranty, conversion, money had and received/unjust enrichment, constructive bailment and payment by mistake. Dkt. No. 15.

WHEREAS, Defendants have advised Plaintiff that they intend to move pursuant to Fed. R. Civ. P. 12(b)(2) to dismiss the Complaint for lack of personal jurisdiction, but Plaintiff asserts that a New York court properly has jurisdiction over Defendants.

WHEREAS, in order to avoid the time, costs and uncertainty of litigating a motion to dismiss for lack of personal jurisdiction, the parties have agreed to the transfer of venue of this action from the U.S. District Court for the Eastern District of New York to the U.S. District Court for the Northern District of Georgia, Atlanta, Division.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between all parties to this action as follows:

1. Pursuant to 28 U.S.C. § 1404(a), all parties consent to this action being transferred to the U.S. District Court for the Northern District of Georgia, Atlanta Division, located at 2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3309;

2. All parties agree that U.S. District Court for the Northern District of Georgia, Atlanta Division, shall have personal jurisdiction over each of them and that venue is proper in the U.S. District Court for the Northern District of Georgia, Atlanta Division;

3. Defendants' time to answer, move or otherwise respond to the Complaint shall be extended to 15 days following the assignment of a judge by the Clerk of the Northern District of Georgia;

4. This Stipulation may be executed in counterparts, a photocopy of this Stipulation is deemed an original for all purposes, and electronic signatures may be submitted to the Court in lieu of original signatures;

5. The parties respectfully request that the Court enter an Order pursuant to 28 U.S.C. § 1404(a) transferring this action to the U. S. District Court for the Northern District of Georgia, Atlanta Division.

Dated: October 17, 2023

| CARTER LEDYARD & MILBURN LLP | ALLEGAERT BERGER & VOGEL LLP |
|---|---|
| By: /s/ Jacob H. Nemon<br>    Jacob H. Nemon<br>28 Liberty Street, 41st Floor<br>New York, NY 10005<br>Tel.:  (212) 732-3200<br>Fax:  (212) 732-3232<br>Email: nemon@clm.com<br><br>*Attorneys for Plaintiff* | By:  /s/ Charles S. Welcome<br>    David A. Berger<br>    Charles S. Welcome<br>111 Broadway, 20th Floor<br>New York, NY 10006<br>Tel.:  (212) 517-0550<br>Email: dberger@abv.com /<br>cwelcome@abv.com<br><br>*Attorneys for Defendants* |

IT IS SO-ORDERED

Dated: _____     _____
                                                                    HON.